UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CINDY L. HOFFERBER,

            Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

Case No. C21-5381 RAJ

**ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER**

Based on Defendant's Motion, it is hereby ORDERED that the Answer due date shall be amended as follows:

- Defendant shall have up to and including October 22, 2021, to file a response to Plaintiff's Complaint, including the certified administrative record.

DATED this 30th day of August, 2021.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER - 1